| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ROBERT S. ALTAGEN, ESQ. #056444<br>LAW OFFICES OF ROBERT S. ALTAGEN, INC.<br>A Professional Corporation<br>1111 CORPORATE CENTER DRIVE, SUITE 201<br>MONTEREY PARK, CA 91754<br>TELEPHONE: (323) 268-9588<br>FACSIMILE: (323) 268-8742<br>robertaltagen@altagenlaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>MARTIN RAMIREZ aka MARTIN RAMIREZ TROCHE dba LA FIESTA MEAT MARKET and MARIA RAMIREZ<br><br><br><br>Debtor(s) | CASE NO.: 2:22-BK- 13031-WB<br>CHAPTER: 13<br><br>**SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added? ☐ Yes ☒ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B    ☒ Schedule C    ☐ Schedule D    ☐ Schedule E/F    ☐ Schedule G
☐ Schedule H    ☒ Schedule I    ☒ Schedule J    ☐ Schedule J-2    ☐ Statement of Financial Affairs
☐ Statement About Your Social Security Numbers    ☐ Statement of Intention    ☐ Master Mailing List
☐ Other *(specify)* _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 9-2-2022

/s/ Martin Ramirez
Debtor 1 Signature

/s/ Maria Ramirez
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015    Page 1    F 1007-1.1.AMENDED.SUMMARY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Martin | Ramirez | Troche |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Maria | | Ramirez |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Central District of California

Case number (If known): 2:22-bk-13031-WB

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt      4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 4060 W. 134th Street<br>Line from *Schedule A/B*: 1.1 | $ 1,200,000.00 | ☑ $ 600,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 704.730 (a)(1) |
| Brief description: 2001 Ford F-150<br>Line from *Schedule A/B*: 3.1 | $ 5,000.00 | ☑ $ 3,625.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 704.010 |
| Brief description: 2003 Chevrolet Suburban<br>Line from *Schedule A/B*: 3.2 | $ 3,000.00 | ☑ $ 3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 704.010 |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No
   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☑ No
      ☐ Yes

Official Form 106C            Schedule C: The Property You Claim as Exempt            page 1 of 2

Debtor: Martin Ramirez Troche & Maria Ramirez
(First Name  Middle Name  Last Name)

Case number (if known): 2:22-bk-13031-WB

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Household Goods - Miscellaneous furniture, appliances in home<br>Line from Schedule A/B: 6 | $3,500.00 | ☑ $3,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 704.020 |
| Brief description: Electronics - Television, computer<br>Line from Schedule A/B: 7 | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 704.020 |
| Brief description: Clothing - Everyday miscellaneous clothing<br>Line from Schedule A/B: 11 | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 704.020 |
| Brief description: Jewelry - Wedding rings<br>Line from Schedule A/B: 12 | $1,000.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 704.040 |
| Brief description: Cash in safe deposit box (Cash on Hand)<br>Line from Schedule A/B: 16 | $5,000.00 | ☑ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 704.060 |
| Brief description: Wells Fargo Bank account#3724 (Checking Account)<br>Line from Schedule A/B: 17.3 | $165.00 | ☑ $165.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. 704.220 |
| Brief description: Office computer/printer, furniture & furnishings<br>Line from Schedule A/B: 39 | $1,000.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 704.060 |
| Brief description: display cases, walk-in cooler & freezer; slicer, other machinery for butcher;<br>Line from Schedule A/B: 40 | $8,000.00 | ☑ $8,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 704.060 |
| Brief description: display cases, walk-in cooler & freezer; slicer, other machinery for butcher;<br>Line from Schedule A/B: 40 | $8,000.00 | ☑ $8,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 704.060 |
| Brief description: Produce, meat etc., for the market<br>Line from Schedule A/B: 41 | $25,000.00 | ☑ $25,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 704.060 |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |

Fill in this information to identify your case:

Debtor 1: Martin Ramirez Troche
First Name / Middle Name / Last Name

Debtor 2: Maria Ramirez
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Central District of California

Case number (if known): 2:22-bk-13031-WB

Check if this is:
☑ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
___ / ___ / ___
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed ☐ Not employed | ☑ Employed ☐ Not employed |
| Occupation | owner | owner |
| Employer's name | La Fiesta Meat Market | La Fiesta Meat Market |
| Employer's address | 15020 Hawthorne Blvd<br>Number Street<br>Ste H<br><br>Lawndale, CA 90260<br>City State ZIP Code | 15020 S. Hawthorne Blvd<br>Number Street<br>Suite H<br><br>Lawndale, CA 90260<br>City State ZIP Code |
| How long employed there? | 20 yrs | 20 yrs |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 6,300.00 | $ 4,200.00 |
| 3. | Estimate and list monthly overtime pay. | + $ 0.00 | + $ 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | $ 6,300.00 | $ 4,200.00 |

Official Form 106I    Schedule I: Your Income    page 1

| Debtor 1 | Martin Ramirez Troche & Maria Ramirez | | Case number (if known) | 2:22-bk-13031-WB |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Copy line 4 here ........................................................................ → 4. | | | $ 6,300.00 | $ 4,200.00 |
| 5. List all payroll deductions: | | | | |
| 5a. Tax, Medicare, and Social Security deductions | | 5a. | $ 1,361.18 | $ 729.32 |
| 5b. Mandatory contributions for retirement plans | | 5b. | $ 0.00 | $ 0.00 |
| 5c. Voluntary contributions for retirement plans | | 5c. | $ 0.00 | $ 0.00 |
| 5d. Required repayments of retirement fund loans | | 5d. | $ 0.00 | $ 0.00 |
| 5e. Insurance | | 5e. | $ 0.00 | $ 0.00 |
| 5f. Domestic support obligations | | 5f. | $ 0.00 | $ 0.00 |
| 5g. Union dues | | 5g. | $ 0.00 | $ 0.00 |
| 5h. Other deductions. Specify: _____ | | 5h. +$ 0.00 | +$ 0.00 | |
| | | | $_____ | $_____ |
| | | | $_____ | $_____ |
| | | | $_____ | $_____ |
| 6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | | $ 1,361.18 | $ 729.32 |
| 7. Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | | $ 4,938.82 | $ 3,470.68 |

8. List all other income regularly received:

8a. **Net income from rental property and from operating a business, profession, or farm**

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.    $ 3,250.00    $ 0.00

8b. Interest and dividends    8b.    $ 0.00    $ 0.00

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.    $ 0.00    $ 0.00

8d. Unemployment compensation    8d.    $ 0.00    $ 0.00

8e. Social Security    8e.    $ 0.00    $ 0.00

8f. **Other government assistance that you regularly receive**

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____    8f.    $ 0.00    $ 0.00

8g. Pension or retirement income    8g.    $ 0.00    $ 0.00

8h. Other monthly income. Specify: _____    8h. +$ 0.00    +$ 0.00

9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.    9.    $ 3,250.00    $ 0.00

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.    10.    $ 8,188.82    +    $ 3,470.68    =    $ 11,659.50

11. State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11. +$ 0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies    12.    $ 11,659.50

**Combined monthly income**

13. Do you expect an increase or decrease within the year after you file this form?
☑ No.
☐ Yes. Explain:

Official Form 106I    Schedule I: Your Income    page 2

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Martin | Ramirez | Troche |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Maria | Ramirez | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Central District of California (State)

Case number (If known): 2:22-bk-13031-WB

Check if this is:
- ☑ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date:
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**
   - ☐ No. Go to line 2.
   - ☑ Yes. Does Debtor 2 live in a separate household?
     - ☑ No
     - ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?** ☑ No
   Do not list Debtor 1 and Debtor 2.
   ☐ Yes. Fill out this information for each dependent...........
   Do not state the dependents' names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | | | ☐ No / ☐ Yes |
   | | | ☐ No / ☐ Yes |
   | | | ☐ No / ☐ Yes |
   | | | ☐ No / ☐ Yes |
   | | | ☐ No / ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   - ☑ No
   - ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

| | | |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | 3,454.00 |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. $ | 0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. $ | 600.00 |
| 4d. Homeowner's association or condominium dues | 4d. $ | 0.00 |

Official Form 106J    Schedule J: Your Expenses    page 1

| Debtor 1 | Martin Ramirez Troche & Maria Ramirez | Case number (if known) | 2:22-bk-13031-WB |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

|  | | Your expenses |
|---|---|---|
| 5. Additional mortgage payments for your residence, such as home equity loans | 5. $ | 1,455.00 |
| 6. Utilities: | | |
|   6a. Electricity, heat, natural gas | 6a. $ | 600.00 |
|   6b. Water, sewer, garbage collection | 6b. $ | 250.00 |
|   6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 400.00 |
|   6d. Other. Specify: _____ | 6d. $ | 0.00 |
| 7. Food and housekeeping supplies | 7. $ | 800.00 |
| 8. Childcare and children's education costs | 8. $ | 0.00 |
| 9. Clothing, laundry, and dry cleaning | 9. $ | 200.00 |
| 10. Personal care products and services | 10. $ | 200.00 |
| 11. Medical and dental expenses | 11. $ | 200.00 |
| 12. Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 800.00 |
| 13. Entertainment, clubs, recreation, newspapers, magazines, and books | 13. $ | 0.00 |
| 14. Charitable contributions and religious donations | 14. $ | 0.00 |
| 15. Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
|   15a. Life insurance | 15a. $ | 0.00 |
|   15b. Health insurance | 15b. $ | 650.00 |
|   15c. Vehicle insurance | 15c. $ | 200.00 |
|   15d. Other insurance. Specify: _____ | 15d. $ | 0.00 |
| 16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. $ | 0.00 |
| 17. Installment or lease payments: | | |
|   17a. Car payments for Vehicle 1 | 17a. $ | 0.00 |
|   17b. Car payments for Vehicle 2 | 17b. $ | 0.00 |
|   17c. Other. Specify: _____ | 17c. $ | 0.00 |
|   17d. Other. Specify: _____ | 17d. $ | 0.00 |
| 18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I). | 18. $ | 0.00 |
| 19. Other payments you make to support others who do not live with you. Specify: _____ | 19. $ | 0.00 |
| 20. Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*. | | |
|   20a. Mortgages on other property | 20a. $ | 0.00 |
|   20b. Real estate taxes | 20b. $ | 0.00 |
|   20c. Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
|   20d. Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
|   20e. Homeowner's association or condominium dues | 20e. $ | 0.00 |

| Debtor 1 | Martin Ramirez Troche | Case number (if known) | 2:22-bk-13031-WB |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

21. Other. Specify: Re restitution payments owed                                    21.    +$   1,700.00
                                                                                           +$
                                                                                           +$

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.                                                    22a.   $   11,509.00

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 22c. Add line 22a    22b.   $

    and 22b. The result is your monthly expenses.                                   22c.   $   11,509.00

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.           23a.   $   11,659.50

    23b. Copy your monthly expenses from line 22c above.                            23b.  −$   11,509.00

    23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income*.                                   23c.   $      150.50

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.    Explain here:

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate a NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1111 Corporate Center Drive, Ste 201 Monterey Park Ca 91754. A true and correct copy of the foregoing document described as:

### DEBTOR'S AMENDED SCHEDULES

will be served or was served on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 9/2/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- **Robert S Altagen**   robertaltagen@altagenlaw.com
- **Michael Jay Berger**   michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Arturo Cisneros**   arturo@mclaw.org, CACD_ECF@mclaw.org
- **Arturo Cisneros (TR)**   amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
- **Todd S Garan**   ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Daniel J Griffin**   daniel@thebklawoffice.com, tclayton@thebklawoffice.com;daniel@thebklawoffice.com
- **Dare Law**   dare.law@usdoj.gov, ron.maroko@usdoj.gov
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Edward T Weber**   ed@eweberlegal.com

☐   Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On 9-2-2022   I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Julia W. Brand United States Bankruptcy Court
255 E. Temple Street, Suite 1552 / Courtroom 1545 Los Angeles, CA 90012

_X_ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    **F 9013-3.1.PROOF.SERVICE**

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐                          Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9-2-2022 | M. JACQUELINE TORRES | /s/ signature |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

## SERVICE BY MAIL:

**Adam Sharp & Cadillac City Inc**
c/o: Law offices of Michael Jay Berger
9454 Wilshire Blvd 6th Floor
Beverly Hills, CA 90212

**Adam Sharp & Cadillac City Inc**
c/o: Law offices of Michael Jay Berger
9454 Wilshire Blvd 6th Floor
Beverly Hills, CA 90212

**Adelmar Matias**

**Alfredo Perez Martinez**
3343 W. 133rd Street
Hawthorne, CA 90250

**Benjamin Chavez**
4245 W. 134th Street #B
Hawthorne, CA 90250

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                           **F 9013-3.1.PROOF.SERVICE**

**Capital Benefits**
4667 MacArthur Blvd #230
Newport Beach CA 92660

**Cargill Food Distribution**
PO Box 189
Glen Carbon, IL 62034

**Carlos Ceja**
15410 Mansel Ave
Lawndale, CA 90260

**Carlos Rivera**
12951 Gladstone Ave
Sylmar, CA 91342

**Cintas Corporation**
c/o: Chatow Law
23 Corporate Plaza Drive
Newport Beach, CA 92660

**Directv, LLC**
by American InfoSource as agent
PO Box 5072
Carol Stream, IL 60197-5072

**Durazo Pork Inc.,**
c/o: Gaba Guerrini Law Corporation
8583 Irvine Center Drive #500
Irvine, CA 92618

**Employment Development Department**
PO Box 826215 MIC 3A
Sacramento, CA 94230-6215

**Enrique Lara**
19035 Canyon Terrace Dr
Trabuco Canyon, CA 92679

**Enrique Lara**
3446 Ruby Way
Pomona, CA 91767

**Forwardline Financial, LLC**
3835 E. Thousand Oaks Blvd.
Suite R-349
Westlake Village, CA 91362

**FRANCHISE TAX BOARD**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                               F 9013-3.1.PROOF.SERVICE

BANKRUPTCY SECTION MS A345
PO BOX 2952
SACRAMENTO CA 95812-2952


**Franchise Tax Board - State of California**
PO Box 942857
Sacramento, CA 94257


**Gabriel Gongora**
15318 Large Ave
Lawndale, CA 90260

**Gabriel Gongora**
15319 Larch Ave
Lawndale, CA 90260


**Gary**

**Glen Kessler**
718 Vesta St
Inglewood, CA 90302

**Intermex Wire Transfer Corp**
c/o: Hatkoff & Minassian ALC
18757 Burbank Blvd #100
Tarzana, CA 91356


**Internal Revenue Service**
Centralized Insolvency Operation
P. O. Box 7346
Philadelphia, PA 19101-7346


**Ismael Patino**
531 Sequoia Drive
Bakersfield, CA 93308

**Jesus Sanchez**
15005 Eastwood Ave
Lawndale, CA 90260

**Jose De Jesus Hernandez**
10221 50th Street
Mira Loma, CA 91752

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    F 9013-3.1.PROOF.SERVICE

**Jose G. Moralores**
10530 Burin Ave
Inglewood, CA 90304

**Jose Velasquez**
4567 W. 164th Street
Lawndale, CA 90260

**Los Angeles County Collector**
225 N. Hill Street room 122
Los Angeles, CA 90054

**LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR**
ATTN: BANKRUPTCY UNIT
PO BOX 54110
LOS ANGELES CA 90054-0110

**LVNV Funding, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Martin Villagomez**
1513 Richaland Ave
Santa Ana, CA 92703

**Mike Yen**
c/o: Daniel Lee
411 E. Huntington Drive #215
Arcadia, CA 91006

**Mr. Cooper**
PO Box 650783
Dallas, TX 75265-0783


**Nelson Tabarez**
500 Eagle Drive
Eddy, TX 76524

**Nery Escobar**
Unknown

**Olivia Hernandez**
12029 Hawthorne Way #C
Hawthorne, CA 90250

**Otionel Lagunas & Lidia Moran**
c/o: Steinberg & Foster LLP
1334 Park View Ave #100
Manhattan Beach, CA 90266

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                           F 9013-3.1.PROOF.SERVICE

**Oviel, Jason & lLlajairo Armendariz**
18506 Grenville Ave
Redondo Beach, CA 90278

**Peter & Wendy Ardeljan**
239 Calle De Madrid
Redondo Beach, CA 90277

**Phillip B. Potter and Lorraine Potter, Trustees et**
c/o Capital Benefits
4667 MacArthur Blvd #230
Newport Beach, CA 92660

**Rancho Foods Inc.,**
John O. Blanda Collection at Law
3835 E. Thousand Oaks Blvd #R349
Thousand Oaks, CA 91362

**Rancho Foods, Inc.**
3835 E. Thousand Oaks Blvd., Suite R-349
Westlake Village, CA 91362

**Rubelio Castillo**

**Ruben Hernandez**
4803 Torrance Blvd
Torrance, CA 90503

**Santo Villalovos**
Law Office of Horacio Lozano
14717 Hawthorne Blvd
Lawndale, CA 90260

**Scott Dain**
c/o Law Offices of Anthony C. Duffy
17011 Beach Blvd, 9th Floor
Huntington Beach, CA 92647

**Sergio Ortiz**
1515 1/2 W. 204th Street
Torrance, CA 90501

**Sofia Sain & Sofia Wills**
3716 W. 118th Street
Hawthorne, CA 90250

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                    F 9013-3.1.PROOF.SERVICE

**Sysco Los Angeles Inc.,**
c/o: Law offices of Gary A. Bemis
3870 La Sierra Ave #239
Riverside, CA 92505

**The Bankruptcy Group, P.C.**
Attn: Daniel Griffin
2408 Professional Drive
Roseville, CA 95661

**Toro Foods Inc.,**
c/o: Kohan Law Firm
1925 Century Park East #1180
Los Angeles, CA 90067

**U.S. Bank National Association**
C/O Nationstar Mortgage LLC
Attn: Bankruptcy Dept
PO Box 619096
Dallas TX 752619741

**Ventura County**
Government Center, Hall of Justice
800 South Victoria Ave
Ventura, CA 93009

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                            F 9013-3.1.PROOF.SERVICE